**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

|  |  |
|---|---|
| BRUNO LEAL BORRAS, | No. 11-70599 |
| Petitioner, | Agency No. A093-454-125 |
| v. | MEMORANDUM[*] |
| ERIC H. HOLDER, Jr., Attorney General, | |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted September 23, 2014[**]

Before:     W. FLETCHER, RAWLINSON, and CHRISTEN, Circuit Judges.

Bruno Leal Borras, a native and citizen of Brazil, petitions for review of the

Board of Immigration Appeals' ("BIA") order dismissing his appeal from an

immigration judge's decision denying his application for asylum, withholding of

removal, and protection under the Convention Against Torture ("CAT"). Our

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

jurisdiction is governed by 8 U.S.C. § 1252.  We dismiss in part and deny in part the petition for review.

We lack jurisdiction to consider Borras's asylum and CAT claims because he failed to raise them to the BIA.  *See Barron v. Ashcroft*, 358 F.3d 674, 678 (9th Cir. 2004).

The BIA found that, even if Borras demonstrated membership in a particular social group, he failed to establish his membership in the particular social group was or will be a "central reason" for the harm he suffered or fears.  Borras does not raise any arguments challenging this determination in his opening brief.  *See Martinez-Serrano v. INS*, 94 F.3d 1256, 1259-60 (9th Cir. 1996) (issues which are not specifically and distinctly raised and argued in a party's opening brief are waived).  Thus, Borras's withholding of removal claim fails.

**PETITION FOR REVIEW DISMISSED in part; DENIED in part.**